## S. S. Watkins, etc., v. Wm. Summers & Co.

**Judgment—Description of Land.**
> Where a petition and a judgment described land as the land on "Yellow Bank Island," the description is too indefinite and uncertain to enable the commissioner to execute a judgment without danger of injustice to the owners and probable sacrifice of their rights.

APPEAL FROM DAVIESS CIRCUIT COURT.

January 17, 1873.

OPINION BY JUDGE HARDIN:

We see no objection to the personal judgment against Watkins; but the description given in the petition as well as the judgment of the interest adjudged sold to her, in the land on "Yellow Bank Island" is, according to previous decisions of this court, too indefinite and uncertain to enable the commissioner to execute the judgment without great danger of injustice to the owners of the property and probable sacrifice of their rights. The petition and judgment should have described the property and interests to be sold with reasonable certainty and the judgment should have directed a sale of all or so much as was necessary only to pay the debt and costs.

Wherefore, the judgment being inconsistent with this opinion, so far as it directs a sale of the land, it is, to that extent only, reversed

and the cause remanded for further proceedings not inconsistent with this opinion.

The personal judgment is not disturbed.

*Ray, Walker, for appellants.*

*Owen, for appellees.*